THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE BROWN and NORMAN WILLIAMS, Appellants.

Argued November 18, 1940; decided December 31, 1940.

*John H. Lewis, Joseph A. Smith* and *Raymond J. Leo* for Eugene Brown, appellant.

*Frederick J. Sullivan, Francis J. McCaffrey, Jr.,* and *Lucius L. Delaney* for Norman Williams, appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.